United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

ANDRE BRYANT,

Defendant.

Case No. 21-cr-00258-SI-1

**ORDER RE: PRODUCTION OF DISPATCH RECORDS**

On July 18, 2026, defendant filed a motion to suppress evidence. Dkt. No. 50. The motion is fully briefed (Dkt. Nos. 52, 58) and oral argument is scheduled to be heard on August 28, 2026. Defendant argues that the Court should grant his motion without an evidentiary hearing in part because "the government submits *no factual support* to this Court proving that th[e] alleged tip occurred, by who, or if it did, what time." Dkt. No. 58 at 4. Defendant further states that he requested production of "C.A.D. discovery nearly a month ago" but "no dispatch records were produced by the United States in discovery." Dkt. Nos. 58 at 4 & 50 at 2, n.1.

The Court ORDERS the government to produce any dispatch records relevant to the tip, such as C.A.D. printouts or audio, to defendant and the Court by **August 21, 2026.**

**IT IS SO ORDERED**.

Dated: August 14, 2026

SUSAN ILLSTON
United States District Judge