UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRE BRYANT,

Defendant.

Case No. 21-cr-00258-SI-1

**ORDER DENYING MOTION TO DISMISS COUNTS TWO AND THREE OF SUPERSEDING INDICTMENT**

Re: Dkt. No. 109

Defendant has moved to dismiss Counts Two and Three of the superseding indictment in this case, arguing that they are barred by the statute of limitations and would violate his due process protections. The motion is denied. The statute of limitations was tolled while he was a fugitive. Since the new counts are substantially similar to the existing counts and allege violations of the same statute, and he has had notice that the charges were coming for some time, defendant's due process protections are not violated.

**IT IS SO ORDERED**.

Dated: September 27, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California