UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANDRE BRYANT,
Defendant.

Case No.: CR 21–258 SI

**VERDICT FORM**

We, the jury in the above-captioned case, find as follows:

**COUNT ONE**

1. With respect to Count One, possession of heroin with intent to distribute, we find Mr. Bryant:

____________________________

NOT GUILTY/GUILTY

If you answered "guilty" to Question 1, skip Question 2 and proceed to Question 3. Otherwise, please answer Question 2.

2. With respect to the lesser included offense of knowing and intentional possession of heroin, we find Mr. Bryant:

_________________________________

NOT GUILTY/GUILTY

Only answer Question 3 if you answered "guilty" to Question 1.

3. With respect to Count One, possession of heroin with intent to distribute, has the government proven beyond a reasonable doubt that Mr. Bryant knowingly and intentionally possessed with intent to distribute 100 grams or more of heroin?

_________________________

NO/YES

Please answer the next question.

**COUNT TWO**

4. With respect to Count Two, possession of methamphetamine with intent to distribute, we find Mr. Bryant:

__________________________

NOT GUILTY/GUILTY

If you answered "guilty" to Question 4, skip Question 5 and proceed to Question 6. Otherwise, please answer Question 5.

5. With respect to the lesser included offense of knowing and intentional possession of methamphetamine, we find Mr. Bryant:

______________________________

NOT GUILTY/GUILTY

Only answer Question 6 if you answered "guilty" to Question 4.

6. With respect to Count Two, possession of methamphetamine with intent to distribute, has the government proven beyond a reasonable doubt that Mr. Bryant knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine?

______________________

NO/YES

Please answer the next question.

**COUNT THREE**

7. With respect to Count Three, possession of cocaine with intent to distribute, we find Mr. Bryant:

______________________________

NOT GUILTY/GUILTY

If you answered Question 7 "guilty," skip Question 8 and proceed to Question 9. Otherwise, please answer Question 8.

8. With respect to the lesser included offense of possession of cocaine, we find Mr. Bryant:

___________________________________

NOT GUILTY/GUILTY

Please answer the next question.

**COUNT FOUR**

9. With respect to Count Four, knowing possession of a firearm and ammunition by a prohibited person, we find Mr. Bryant:

________________________

NOT GUILTY/GUILTY

Please answer the next question.

**COUNT FIVE**

--Please answer Question 10 if you find Mr. Bryant guilty of possession with intent to distribute the controlled substances as charged in one or more of Counts One, Two or Three.

--If you have found Mr. Bryant guilty of the lesser included offense on all drug counts One, Two and Three, you must find Mr. Bryant "not guilty" on this count.

--If you have found Mr. Bryant not guilty of all three drug counts One, Two and Three, you must find Mr. Bryant "not guilty" on this count.

10. With respect to Count Five, using or carrying a firearm during and in relation to a drug trafficking crime, we find Mr. Bryant:

______________________________

NOT GUILTY/GUILTY

Dated: ________________

______________________________

FOREPERSON